IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DAVID MARK PLATT,<br><br>          Defendant. | 4:22CR3068<br><br>ORDER |

During the conference call with counsel held on December 15, 2022, counsel stated the government is awaiting laboratory results to be disclosed to the defendant, and the ability to communicate with Defendant has been hampered by health issues. The parties request additional time for case preparation. The court agrees.

Accordingly,

IT IS ORDERED:

1) A pretrial motion deadline and trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 10:00 a.m. on February 14, 2023 by telephone. All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) The Court further finds that the time between December 15, 2022 and February 14, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

Dated this 16th day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge