IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DAVID MARK PLATT,<br><br>                    Defendant. | 4:22CR3068<br><br>ORDER |

The parties have jointly moved to continue the status conference set for February 14, 2023 because discovery is still ongoing. The parties request additional time for case preparation. The court agrees.

Accordingly,

 IT IS ORDERED:

1) A pretrial motion deadline and trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 9:15 a.m. on April 12, 2023 by telephone.  All participants shall use the conferencing information provided by the court to participate in the call to discuss case progression and a potential trial setting. Counsel for the parties shall be present at the conference.

2) The Court further finds that the time between today's date and April 12, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

Dated this 13th day of February, 2023.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge